NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GEORGE SINGLETON,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2010-7106

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 08-1131, Judge Bruce E. Kasold.

---

## ON MOTION

---

## ORDER

Upon consideration of George Singleton's motion for a 45-day extension of time, until March 10, 2011, to file his reply brief,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JAN 25 2011
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Kenneth M. Carpenter, Esq.
     Martin F. Hockey, Jr., Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 25 2011

JAN HORBALY
CLERK